**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| RUDIS HUMBERTO RIOS PENA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:25-cv-03082-TLP-cgc |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, KRISTI NOEM, and | ) | |
| PAMELA BONDI, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING PRO HAC VICE**

Petitioner moves for leave for his Counsel Ivan Yacub to appear pro hac vice. (ECF No.

6.) The Court finds that Attorney Ivan Yacub has met Local Rule 83.4(d)'s requirements.

Accordingly, the Court **GRANTS** the Motion and admits Attorney Ivan Yacub pro hac vice on

Rudis Humberto Rios Pena's behalf.

**SO ORDERED**, this 1st day of December, 2025.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

1